MICHAEL S. LAWSON (SBN 048172)
City Attorney
JOSEPH E. BRICK (SBN 253132)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.Lawson@Hayward–ca.gov  Joseph.Brick@Hayward-ca.gov

Attorneys for Defendants
CITY OF HAYWARD AND OFFICER TROCHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ, et al.,<br><br>Plaintiff,<br>v.<br><br>CITY OF HAYWARD et al,<br><br>Defendants. | CASE NO.: C13-04490 KAW (ADR)<br><br>*[Assigned for All Purposes to Hon. Kandis Westmore, Courtroom 4]*<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] COURT ORDER**<br><br>COMPLAINT FILED: September 27, 2013<br>TRIAL DATE: *Matter Stayed* |

**IT IS HEREBY STIPULATED** by and between Plaintiff JESSIE LEE JETMORE STODDARD-NUNEZ, and Defendants CITY OF HAYWARD and OFFICER TROCHE through their respective attorneys of record, as follows:

1. That there is currently a limited stay in place in the above captioned matter. This limited stay is in place until Arthur Pakman's criminal prosecution, relating to the incident which is the subject of the present civil suit, is resolved;

2. That the next Case Management Conference is currently scheduled for October 14, 2014 at 1:30pm in the above referenced courtroom;

3. That the next appearance in Arthur Pakman's criminal proceedings is scheduled for October 8, 2014. Trial in the criminal case has not yet been set;

4. That the Parties agree that the present Case Management Conference should be continued out a sufficient time for the criminal trial to progress. January 15, 2015 or thereafter appears to be appropriate. This will facilitate the efficient use of Court, City, and Plaintiff's resources.

5. The parties further agree that a copy of the facsimile transmittal of this document and signatures shall have the same force and effect as the original of such document and/or signatures and that this document may be signed in counterpart and by electronic signature.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

LAW OFFICES OF JOHN L. BURRIS

DATED: October 7, 2014   By:   */s/ Adante D. Pointer*
Adante Pointer, Esq.
Attorney for Plaintiff
Jessie Stoddard-Nunez, et al.

DATED: October 7, 2014   MICHAEL S. LAWSON, City Attorney

By:   /s/
Joseph E. Brick, Assistant City Attorney
Attorneys for City of Hayward & Officer Troche

1 **ORDER**

2 The foregoing stipulation having been read and considered and good cause appearing
3 therefor,

4 **IT IS HEREBY ORDERED**, as follows:

5 The pending Case Management Conference is continued as follows:

6 a. The Case Management Conference is continued to **January ~~15~~ 27, 2015** at 1:30 pm,
7 in Courtroom 4 of the above captioned court; and

8 b. An updated Joint Case Management Conference Statement, ~~containing updated~~
9 ~~information only,~~ is due ~~filed~~ on **January ~~9~~ 20, 2015**. If the criminal trial of Mr. Pakman has not
10 been completed by January 9, 2015, the parties may submit a stipulation to continue the Case
11 Management Conference in lieu of providing an updated statement.

12 All other dates and deadlines will remain unchanged.

14 DATED: 10/09/2014

Hon. Kandis Westmore
United States Magistrate Judge
Northern District of California

---

Stoddard-Nunez v. City of Hayward          Stipulation to Continue CMC
Case No.  C13-04490 KAW          -3-