MICHAEL S, LAWSON (SBN 048172)
City Attorney
JOSEPH E. BRICK (SBN 253132)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.Lawson@Hayward–ca.gov  Joseph.Brick@Hayward-ca.gov

Attorneys for Defendants
CITY OF HAYWARD AND OFFICER TROCHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ, et al.,<br><br>Plaintiff,<br>v.<br><br>CITY OF HAYWARD et al,<br><br>Defendants. | CASE NO.:  C13-04490 KAW (ADR)<br><br>*[Assigned for All Purposes to<br>Hon. Kandis Westmore, Courtroom 4]*<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; COURT ORDER**<br><br>COMPLAINT FILED:   September 27, 2013<br>TRIAL DATE:          *Matter Stayed* |

**IT IS HEREBY STIPULATED** by and between Plaintiff JESSIE LEE JETMORE STODDARD-NUNEZ, and Defendants CITY OF HAYWARD and OFFICER TROCHE through their respective attorneys of record, as follows:

1. That there is currently a limited stay in place in the above captioned matter. This limited stay is in place until Arthur Pakman's criminal prosecution, relating to the incident which is the subject of the present civil suit, is resolved;

2. That the next Case Management Conference is currently scheduled for May 5, 2015-at 1:30pm in the above referenced courtroom;

3. That the next court appearance in Arthur Pakman's criminal prosecution has been set for July 9, 2015(sentencing hearing). It is anticipated that the criminal matter will resolve at that time;

4. That the Parties agree that the present Case Management Conference should be continued to a date after July 9, 2015. July 14, 2015 or thereafter appears to be appropriate. This will facilitate the efficient use of Court, City, and Plaintiff's resources.

5. The parties further agree that a copy of the facsimile transmittal of this document and signatures shall have the same force and effect as the original of such document and/or signatures and that this document may be signed in counterpart and by electronic signature.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

LAW OFFICES OF JOHN L. BURRIS

DATED: April 27, 2015        By:        */s/ Adante D. Pointer*
                                        Adante Pointer, Esq.
                                        Attorney for Plaintiff
                                        Jessie Stoddard-Nunez, et al.


DATED: April 27, 2015                   MICHAEL S. LAWSON, City Attorney

                             By:            /s/ *Joseph Brick*
                                        Joseph E. Brick, Assistant City Attorney
                                        Attorneys for City of Hayward & Officer Troche

---

Stoddard-Nunez v. City of Hayward                           Stipulation to Continue CMC
Case No.  C13-04490 KAW                 -2-

**ORDER**

The foregoing stipulation having been read and considered and good cause appearing therefor,

**IT IS HEREBY ORDERED**, as follows:

The pending Case Management Conference is continued as follows:

a. The Case Management Conference is continued to **August 4, 2015** at 1:30 pm, in Courtroom 4 of the above captioned court; and

b. An updated Joint Case Management Conference Statement, containing updated information only, is due filed on **July 9, 2015**. If the criminal action involving Mr. Pakman has not been completed by July 9, 2015, the parties may submit a stipulation to continue the Case Management Conference in lieu of providing an updated statement.

All other dates and deadlines will remain unchanged.

DATED: April 28, 2015

Hon. Kandis Westmore
United States Magistrate Judge
Northern District of California

---