UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | Case No. 13-cv-04490-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On October 4, 2016, the Court held a case management conference, where Plaintiff Jessie Lee Jetmore Stoddard-Nunez did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than October 11, 2016, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: October 6, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge