MICHAEL S, LAWSON (SBN 048172)
City Attorney
JOSEPH E. BRICK (SBN 253132)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.Lawson@Hayward–ca.gov  Joseph.Brick@Hayward-ca.gov

Attorneys for Defendants
CITY OF HAYWARD AND OFFICER TROCHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ, et al.,<br><br>Plaintiff,<br>v.<br><br>CITY OF HAYWARD et al,<br><br>Defendants. | CASE NO.: C13-04490 KAW (ADR)<br><br>*[Assigned for All Purposes to Hon. Kandis Westmore, Courtroom 4]*<br><br>**JOINT STIPULATION TO CONTINUE ADR CUT-OFF; [PROPOSED] COURT ORDER**<br><br>COMPLAINT FILED: September 27, 2013<br>TRIAL DATE: December 4, 2017 |

**IT IS HEREBY STIPULATED** by and between Plaintiff JESSIE LEE JETMORE STODDARD-NUNEZ, and Defendants CITY OF HAYWARD and OFFICER TROCHE through their respective attorneys of record, as follows:

1. That the parties attended a mediation on September 1, 2016 in this matter with John Barg of Barg, Coffin, Lewis & Trapp, LLP. (Dkt. no. 71);

2. That following the unsuccessful mediation, a settlement conference was set for September 27, 2017 by the honorable Magistrate Laporte (Dkt. 87);

3. That due to Counsels' trial schedule and prearranged vacation schedules, the September 27, 2017 date for a settlement conference is infeasible;

4. That the Parties have arranged a new date, October 4, 2017 with Magistrate Laporte's office contingent on this Court's permission;

5. That the Parties agree that the present Settlement Conference should be continued to October 4, 2017. This will facilitate the efficient use of Court, City, and Plaintiff's resources.

6. The parties further agree that a copy of the facsimile transmittal of this document and signatures shall have the same force and effect as the original of such document and/or signatures and that this document may be signed in counterpart and by electronic signature.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

LAW OFFICES OF JOHN L. BURRIS

DATED: May 15, 2017     By:     */s/ Adante D. Pointer*
                                Adante Pointer, Esq.
                                Attorney for Plaintiff
                                Jessie Stoddard-Nunez, et al.


DATED: May 15, 2017             MICHAEL S. LAWSON, City Attorney

                        By:     */s/ Joseph Brick*
                                Joseph E. Brick, Assistant City Attorney
                                Attorneys for City of Hayward & Officer Troche

Stoddard-Nunez v. City of Hayward                Stipulation to Continue Settlement Conference
Case No. C13-04490 KAW            -2-

# **ORDER**

The foregoing stipulation having been read and considered and good cause appearing therefor,

**IT IS HEREBY ORDERED**, as follows:

The Settlement Conference set for September 27, 2017 is hereby continued to October 4, 2017 or thereafter as Magistrate Judge Elizabeth D. Laporte's calendar permits.

All other dates and deadlines will remain unchanged.

DATED: 5/30/17

Hon. Kandis Westmore
United States Magistrate Judge
Northern District of California

---

Stoddard-Nunez v. City of Hayward
Case No. C13-04490 KAW                    -3-                    Stipulation to Continue Settlement Conference