MICHAEL S, LAWSON (SBN 048172)
City Attorney
JOSEPH E. BRICK (SBN 253132)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.Lawson@Hayward–ca.gov  Joseph.Brick@Hayward-ca.gov

Attorneys for Defendants
CITY OF HAYWARD AND OFFICER TROCHE

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ, et al., <br><br> Plaintiff, <br> v. <br><br> CITY OF HAYWARD et al, <br><br> Defendants. | CASE NO.: C13-04490 KAW (ADR) <br><br> *[Assigned for All Purposes to Hon. Kandis Westmore, Courtroom 4]* <br><br> **STIPULATION AND [PROPOSED] ORDER FOR ALTERATION OF EXPERT DISCOVERY DEADLINES** <br><br> COMPLAINT FILED: September 27, 2013 <br> TRIAL DATE: December 4, 2017 |

Plaintiff, JESSIE LEE JETMORE STODDARD-NUNEZ, and Defendants CITY OF HAYWARD, and MANUEL TROCHE, jointly stipulate as follows:

1. The following deadlines were set by the Court in its March 9, 2017, Amended Case Management and Pretrial Order for Jury Trial (Dkt. No. 84):

    a. Close of Expert Discovery: September 29, 2017;

    b. Rebuttal Expert Disclosure and Reports Provided: September 15, 2017; and

    c. Expert Disclosure and Reports Provided: August 29, 2017

2. In an effort to reduce the costs associated with litigation, and in light of the hearing on the defendants' Motion for Summary Judgment was reset for September 7, 2017, the parties wish to continue certain expert discovery deadlines by approximately two weeks as more specifically set forth below;

3. This slight modification of the expert discovery deadlines in the best interests of the parties and will not unduly burden the Court in any foreseeable way as all other dates are to remain the same;

4. Accordingly, the parties propose the following changes to the March 9, 2017, Scheduling Order (Dkt. No. 84):

    a. Close of Expert Discovery: October 13, 2017;

    b. Rebuttal Expert Disclosure and Reports Provided: September 29, 2017; and

    c. Expert Disclosure and Reports Provided: September 12, 2017.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 9, 2017                  MICHAEL S. LAWSON, City Attorney

By:     */s/*
Joseph E. Brick, Assistant City Attorney
Attorneys for City of Hayward & Officer Troche

DATED: August 9, 2017                  LAW OFFICES OF JOHN L. BURRIS

By:     */s/*
Adante Pointer, Esq.
Attorney for Plaintiff, Jessie Stoddard-Nunez, et al.

# [~~PROPOSED~~] ORDER

The Court having reviewed the foregoing Stipulation, and for good cause appearing therefore:

IT IS HEREBY ORDERED, as follows:

1. Close of Expert Discovery previously scheduled for September 29, 2017, is continued to October 13, 2017;
2. Rebuttal Expert Disclosure and Reports Provided previously for September 15, 2017, is continued to September 29, 2017;
3. Expert Disclosure and Reports Provided previously scheduled for August 29, 2017, is continued to September 12, 2017.

IT IS SO ORDERED

Dated: 8/10/17

*Kandis Westmore*

HONORABLE KANDIS WESTMORE