UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEE JETMORE STODDARD-NUNEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HAYWARD, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04490-KAW<br><br>**ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE** |

On July 5, 2022, Plaintiff filed a notice of settlement. (Dkt. No. 190.) On September 6, 2022, the parties filed a joint case management conference statement, stating that the parties expected to file a dismissal within two weeks. (Dkt. No. 192.) Accordingly, the Court continued the case management conference to October 18, 2022, with an updated joint case management conference statement due by October 11, 2022. (Dkt. No. 193.)

To date, the parties have not filed a dismissal or the joint case management conference statement. The Court ORDERS the parties to show cause, by **October 27, 2022**, why the case should not be dismissed with prejudice by: (1) filing a joint status report, and (2) explaining why the parties have not filed a dismissal or a timely joint case management conference statement. Alternatively, the parties may file a dismissal.

The Court VACATES the October 18, 2022 case management conference.

IT IS SO ORDERED.

Dated: October 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge